| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | James M. Bane<br>aka Mike Bane<br>aka James Michael Bane |
| Debtor 2<br>(Spouse, if filing) | Shirley A. Bane |
| United States Bankruptcy Court for the NORTHERN District of ILLINOIS | |
| Case number 16-24886 | |

# Official Form 410S1

## Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 2355

**Date of payment change:** 12/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $1,146.09
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   □ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $471.95     New escrow payment: $401.83

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   □ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:           New interest rate:

   Current principal and interest payment:     New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   □ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment           New mortgage payment:

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

Debtor 1 James M. Bane
aka Mike Bane
aka James Michael Bane

Case number *(if known)* 16-24886

Print Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Alexa Martini Stinson        Date 10/30/2020
Signature

| | | | | |
|---|---|---|---|---|
| Print | Alexa Martini Stinson | | Title | Authorized Agent for Creditor |
| | First Name    Middle Name    Last Name | | | |
| Company | Robertson, Anschutz, Schneid & Crane LLC | | | |
| Address | 10700 Abbott's Bridge Road, Suite 170 | | | |
| | Number    Street | | | |
| | Duluth  GA 30097 | | | |
| | City         State    ZIP Code | | | |
| Contact Phone | 470-321-7112 | | Email | astinson@rascrane.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  November 3, 2020 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SHIRLEY A. BANE
620 S. ELMWOOD AVE.
WAUKEGAN, IL 60085

JAMES M. BANE
620 S. ELMWOOD AVE.
WAUKEGAN, IL 60085

*And via electronic mail to:*

DAVID M. SIEGEL
DAVID M. SIEGEL & ASSOCIATES
790 CHADDICK DRIVE
WHEELING, IL 60090

PATRICK S LAYNG
OFFICE OF THE U.S. TRUSTEE, REGION 11
219 S DEARBORN ST
ROOM 873
CHICAGO, IL 60604

GLENN B STEARNS
801 WARRENVILLE ROAD SUITE 650
LISLE, IL 60532

By: /s/ Esther Kudron
ekudron@rascrane.com



Caliber Home Loans, Inc
P.O. Box 619063
Dallas, TX 75261-9063

# Escrow Statement

| Account Summary | |
|---|---:|
| Statement Date: | 09/16/2020 |
| Loan Number: | |
| Current Payment Amount: | $1,216.21 |
| New Payment Amount: | $1,146.09 |
| New Payment Effective Date: | 12/01/2020 |

Property Address: 620 S ELMWOOD AVE
WAUKEGAN IL 60085

SHIRLEY A BANE
JAMES M BANE
C/O DAVID M SIEGEL
790 CHADDICK DR
WHEELING IL  60090-6005

We are here to help....

www.caliberhomeloans.com

 Customer Service: 1-800-401-6587
Monday - Friday
8:00 AM - 7:00 PM CST

## What is Escrow?

Escrow is an account that is used to store funds collected through your mortgage payment for the purpose of paying your property taxes &/or insurance.

Funds are issued to your tax entity or insurance carrier when payments become due; the amount due is determined by those entities.

Other items such as mortgage and flood insurance may also be included in your escrow account.

To learn more about escrow, please visit caliberhomeloans.com/tools-resources/faqs.

## Why am I receiving this statement?

- We review your escrow account to ensure your monthly escrow payment will be enough to cover tax and insurance payments for the next 12 months.
- Since the amount of taxes and insurance can change over time, this statement will outline any changes for your account.
- These changes may impact your payment amount.

## YOUR RESULTS…



Details of this calculation are reflected in Section 2.

## Section 1: Your New Payment

**Your new payment will be $1,146.09.**

| Payment Breakdown | Current Monthly Payment | New Monthly payment as of 12/01/2020 |
|---|---:|---:|
| Principal & Interest | $744.26 | $744.26 |
| Escrow | $471.95 | $401.83 |
| **Total Payment** | **$1,216.21** | **$1,146.09** |

*If you utilize a bill paying service, please notify them of the payment changes scheduled to occur effective 12/01/2020.*

## Section 2: Escrow breakdown and next year's expected activity



| | Upcoming expected payments |
|---|---:|
| Insurance | $2,438.00 |
| Tax | $2,384.06 |
| Total: | $4,822.06 |

To calculate your new monthly escrow payment:

| | |
|---|---:|
| Total Insurance and Taxes | $4,822.06 |
| Divided by 12 | 12 |
| New base escrow payment: | $401.83 |
| New monthly shortage payment: | + $0.00 |
| **New monthly escrow payment:** | **$401.83** |



## Section 2: Escrow breakdown and next year's expected activity (continued)



| Date | Payment to Escrow | What we expect to pay out | Description | Your Anticipated Balance | Balance needed in your account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $2,795.39 | $2,036.17 |
| 12/2020 | $401.83 | $0.00 | | $3,197.22 | $2,438.00 |
| 01/2021 | $401.83 | -$2,438.00 | HOMEOWNER INS | $1,161.05 | $401.83 |
| 02/2021 | $401.83 | $0.00 | | $1,562.88 | $803.66 |
| 03/2021 | $401.83 | $0.00 | | $1,964.71 | $1,205.49 |
| 04/2021 | $401.83 | $0.00 | | $2,366.54 | $1,607.32 |
| 05/2021 | $401.83 | -$1,192.03 | COUNTY TAX | $1,576.34 | $817.12 |
| 06/2021 | $401.83 | $0.00 | | $1,978.17 | $1,218.95 |
| 07/2021 | $401.83 | $0.00 | | $2,380.00 | $1,620.78 |
| 08/2021 | $401.83 | -$1,192.03 | COUNTY TAX | $1,589.80 | $830.58 |
| 09/2021 | $401.83 | $0.00 | | $1,991.63 | $1,232.41 |
| 10/2021 | $401.83 | $0.00 | | $2,393.46 | $1,634.24 |
| 11/2021 | $401.83 | $0.00 | | $2,795.29 | $2,036.07 |

The minimum balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law.
Your minimum balance may include up to 2 months of escrow payments to cover increases in your taxes and insurance.

Any transactions that occurred after the statement date will not reflect in the above chart.

## Section 3: Escrow Account History



| Date | Anticipated payments | Actual payments | Anticipated disbursements | Description | What we disbursed | Description | Required balance | Actual balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance | $1,390.78 | -$950.49 |
| 12/2019 | $463.58 | $433.58 | $0.00 | | -$2,355.00 | HOMEOWNER INS * | $1,854.36 | -$2,871.91 |
| 01/2020 | $463.58 | $867.16 | $0.00 | | $0.00 | | $2,317.94 | -$2,004.75 |
| 02/2020 | $463.58 | $1,971.58 | $0.00 | | -$2,438.00 | HOMEOWNER INS * | $2,781.52 | -$2,471.17 |
| 03/2020 | $463.58 | $867.16 | $0.00 | | $0.00 | | $3,245.10 | -$1,604.01 |
| 04/2020 | $463.58 | $867.16 | $0.00 | | $0.00 | | $3,708.68 | -$736.85 |
| 05/2020 | $463.58 | $867.16 | -$1,734.00 | COUNTY TAX | -$1,806.29 | COUNTY TAX * | $2,438.26 | -$1,675.98 |
| 06/2020 | $463.58 | $471.95 | $0.00 | | $0.00 | | $2,901.84 | -$1,204.03 |
| 07/2020 | $463.58 | $1,415.85 | $0.00 | | $0.00 | | $3,365.42 | $211.82 |
| 08/2020 | $463.58 | $471.95 | -$1,734.00 | COUNTY TAX | -$1,192.03 | COUNTY TAX * | $2,095.00 | -$508.26 |
| 09/2020 | $463.58 | $471.95 | -$2,095.00 | HOMEOWNER INS | $0.00 | | $463.58 | -$36.31 |
| 10/2020 | $463.58 | $0.00 | $0.00 | | $0.00 | | $927.16 | -$36.31 |
| 11/2020 | $463.58 | $0.00 | $0.00 | | $0.00 | | $1,390.74 | -$36.31 |

The chart above outlines up to twelve months' worth of escrow activity from the effective date of your last active analysis completed by Caliber. If this is the first time receiving an annual escrow statement from Caliber, this section will include up to twelve months' worth of escrow activity, if available.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown.
An asterisk (*) indicates a difference in either the amount or date.

## Section 4: Additional Information

If your required escrow balance was not reached, this could be due to possible reasons outlined below:

- An increase in your taxes or insurance
- Expired tax exemption
- Unanticipated payment(s) disbursed from your escrow account
- Changes you made to your insurance policy
- Not making scheduled payments to your escrow account

For questions regarding your statement, please contact Caliber Customer Service at 1-800-401-6587. Our business hours are Monday through Friday, 8:00 AM to 7:00 PM CST. Please also visit our website at myaccount.caliberhomeloans.com.

**Notice to Consumers presently in Bankruptcy or who have received a Bankruptcy Discharge:** If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.